THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Khidhr Greene, Appellant.
 
 
 

Appeal From Beaufort County
 Roger M. Young, Circuit Court Judge

Unpublished Opinion No. 2008-UP-376
 Submitted July 1, 2008  Filed July 14,
2008

APPEAL DISMISSED

 
 
 
 Deputy Chief Appellate Defender Wanda H. Carter, South Carolina
 Commission on Indigent Defense, Division of Appellate Defense, of all Columbia,
 for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all
 of Columbia; and Solicitor Issac McDuffie Stone, III, of Beaufort, for
 Respondent.
 
 
 

PER CURIAM: Greene appeals his guilty plea to intent
 distribute cocaine.  On appeal,  Greene argues the trial court erred in allowing
 an amendment of an indictment from trafficking cocaine to intent to distribute
 cocaine.  After a thorough review of the
 record and counsels brief pursuant to Anders v. California, 386 U.S.
 738 (1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991),
 we dismiss[1] Greenes appeal and grant counsels motion to be relieved. 
APPEAL DISMISSED.
HEARN, C.J., CURETON and GOOLSBY, A.J.J., concur.

[1] We decide this case without oral argument pursuant to
Rule 215, SCACR.